# Exhibit H

**Full docket text:**
ORDER granting [3] Motion to proceed pseudonymously. The Court having considered the factors presented in Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185 (2d Cir. 2008), finds that the plaintiff's interest in proceeding pseudonymously outweighs the public's interest in disclosure and any prejudice to the defendant. Specifically, given that the litigation involves matters of a personal nature and that identification by name poses a risk of harm to the plaintiff, and given that the parties consent, the Court grants the plaintiff's motion to proceed pseudonymously. The clerk of the Court is directed to unseal any remaining sealed docket entries. Ordered by Judge Denis R. Hurley on 4/6/2017. (Kaley, Regina)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2018 16:51:21 | | | |
| **PACER Login:** | mhlaw1040:2596892:0 | **Client Code:** | 4849/01 |
| **Description:** | History/Documents | **Search Criteria:** | |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |