UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY MENAKER,                           :   Case No. 2:17-cv-5840 (DRH-AYS)
                                           :
                Plaintiff,      :
                                           :   **NOTICE OF NAME CHANGE**
      -against-                           :
                                           :
C.D.,                                      :
                                           :
                Defendant.      :
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that MENAKER & HERRMANN LLP, attorneys for plaintiff JEFFREY MENAKER in this proceeding, is now known as OFFIT KURMAN, P.A. The individual attorneys of record remain the same and may be reached at the same address and telephone number as stated in prior appearances.

Dated: New York, New York
       May 8, 2018

                                              Yours, etc.,

                                              OFFIT KURMAN, P.A.

                                              By: _____
                                                   Paul M. Hellegers
                                                   A Principal of the Firm

                                              *Attorneys for Plaintiff*
                                              JEFFREY MENAKER
                                              10 East 40th Street
                                              New York, NY 10016
                                              (212) 545-1900
                                              rmenaker@offitkurman.com