UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFERY MENAKER,                                   :   Case No. 17-cv-05840 (DRH)(AYS)
                                                   :
                           Plaintiff,              :
            -against-                              :
                                                   :
C.D.,                                              :
                                                   :
                           Defendant.              :
-------------------------------------------------------------------X

## STIPULATION AND ORDER

WHEREAS, the parties agree that defendant will proceed using her real name in this case.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, respective counsel for the parties hereto, that the case proceed with full caption, not pseudonymously.

This stipulation may be executed in counterparts with faxed or emailed signatures being deemed as valid as originals but all of which together shall be one and the same instrument.

Dated:  New York, New York
        February 8, 2019

| OFFIT KURMAN, P.A. | PHILLIPS & ASSOCIATES |
|---|---|
| By: _/s/ Theodor Bruening_____ | By: _/s/_____ |
| Theodor Bruening | Parisis G. Filippatos |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 10 East 40th Street | 45 Broadway, Suite 620 |
| New York, New York 10016 | New York, NY 10006 |
| (212) 545-1900 | (212) 248-7431 ext. 222 |

SO ORDERED:

_____
                    U.S.M.J.