

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

THEODOR D. E. BRUENING
tbruening@offitkurman.com

April 19, 2019

By ECF and First-Class Mail

Ms. Karen M. Constantini, Judicial Assistant to Hon. Denis R. Hurley, U.S.D.J.
United States Courthouse
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: *Menaker v. Kaplan,* 2:17-cv-05840 (DRH-AYS)

Dear Ms. Constantini:

We represent the plaintiff in the above-captioned case and write to point out two matters in the Court's April 18 decision (Docket No. 46) that should be corrected:

1. The caption reads "Jeffrey Menaker v. Michael Kaplan;" the correct caption is "Jeffrey Menaker v. Michal Kaplan." *See, e.g.* amended complaint (Docket No. 41).

2. The decision states on page 2 that "A first-year student ("Student")—Defendant's daughter—approached Plaintiff about her scholarship in April 2016." This should be changed because the Defendant is in fact the student herself; her father is not a party. *See* amended complaint ¶¶ 2, 4, 8.

Respectfully yours,

Theodor D. E. Bruening

Cc:   Parisis Filippatos, Esq. (by ECF)

4853-2461-3524, v. 1