**CHERYL L. DAVIS**
*230 WEST END AVENUE, #2C*
*NEW YORK, NEW YORK 10023*
*(212) 362-2134*
*E-mail: cldnyc@cs.com*

April 26, 2019

By ECF and First-Class Mail

Hon. Denis R. Hurley, U.S.D.J
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Jeffrey Menaker v. Michal Kaplan*
             Index No. 2:17-cv-05840-DRH-AYS

Dear Judge Hurley:

    I am a member of the bar of this Court and a former member of the law firm Menaker & Herrmann, LLP ("M&H"). In 2018, M&H affiliated with Offit Kurman P.A., attorneys for plaintiff in the above-cited case. I left M&H in 2017 and joined The Authors Guild as General Counsel. Plaintiff continues to be represented by my former colleagues at Offit Kurman.

    Accordingly, pursuant to Local Civil Rule 1.4, I hereby respectfully request permission to withdraw from further representation of the plaintiff.

                                            Respectfully yours,

                                            Cheryl L. Davis
                                            4836-8677-5701, v. 1