

THEODOR D. E. BRUENING
tbruening@offitkurman.com

August 13, 2019

By ECF and Overnight Delivery
Hon. Anne Y. Shields, U.S.M.J.
United States Courthouse
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Menaker v. Kaplan,* 2:17-cv-05840 (DRH-AYS)

Dear Judge Shields:

      We represent the plaintiff in the above-captioned case and submit this letter pursuant to Your Honor's Individual Rule III to respectfully request an adjournment of the discovery dispute conference currently scheduled for August 27, 2019. As indicated in the joint letter of August 7, 2019, plaintiff's counsel will be out of the country on vacation that day and unable to attend.

      There has been no prior request for an adjournment of the conference. Plaintiff has conferred with counsel for David Schwartz, who has no objection. Plaintiff has endeavored to confer with defendant but was unable to reach defendant's counsel.

      Plaintiff suggest that the Court move the conference to August 30, 2019, September 4, 2019 or September 5, 2019.

                                                    Respectfully yours,

                                                    Theodor D. E. Bruening

Cc:    Parisis Filippatos, Esq. (by ECF)
        Erica Sanders, Esq. (by ECF)
        Steven Warshawsky, Esq. (by ECF)

4813-2429-6084, v. 1